UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

    Case No. 19-20256-1

    HON. ROBERT H. CLELAND

LASZLO CSIKI,

    Defendant.
    _____/

**ORDER GRANTING MOTION TO WITHDRAW
AND RESCHEDULING SENTENCING HEARING**

This matter comes before the court on Loren Dickstein's [#48] Motion to Withdraw filed on February 10, 2020. A hearing regarding attorney representation was held on March 3, 2020. For the reasons stated on the record and upon review of the motion and brief, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Community Defender's Office is directed to appoint new counsel.

IT IS FURTHER ORDERED that the sentencing hearing that was set for Tuesday March 3, 2020 is rescheduled to **May 7, 2020 at 1:30 pm**. No further briefing is required.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: March 5, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 5, 2020, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522