UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Criminal No. 19-20256

v.                                        Honorable Robert H. Cleland

LASZLO CSIKI
       Defendant.
_____/

**STIPULATED ORDER TO DISMISS MOTION FOR RETURN OF PROPERTY [ECF 60]**

     The below signed parties, through their respective counsel, stipulate that the items requested in the defendant's motion for return of property, ECF 60, have been returned to defendant's counsel. Consequently, the parties stipulated the motion is now moot, and ask that it be dismissed.

     So stipulated.

                                              Respectfully submitted,

                                              MATTHEW SCHNEIDER
                                              *United States Attorney*

Date: July 22, 2020

| | |
|---|---|
| s/with consent of Sanford Plotkin | s/ Michael El-Zein |
| SANFORD PLOTKIN, P38691 | MICHAEL EL-ZEIN, P79182 |
| *Attorney for Laszlo Csiki* | *Assistant United States Attorney* |
| 30445 Northwestern Hwy., Ste. 225 | 211 West Fort Street, Suite 2001 |
| Farmington Hills, Michigan 48334 | Detroit, Michigan 48226 |
| 248-798-5756 | 313-226-9770 |
| sanfordplotkin@gmail.com | michael.el-zein@usdoj.gov |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Criminal No. 19-20256

v.                                Honorable Robert H. Cleland

LASZLO CSIKI
     Defendant.
_____/

## ORDER DISMISSING DEFENDANT'S MOTION FOR RETURN OF PROPERTY

The Court, having been fully apprised of the circumstances, dismisses the defendant's motion as moot.

**SO ORDERED.**

Dated: July 29, 2020                    s/Robert H. Cleland
                                             HON. ROBERT H. CLELAND
                                             United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the notice of Electronic Filing on _____, 2020.

                                      s/Lisa Wagner
                                      Case Manager