UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

           PLANTIFF(S),

V.                   CASE NO. 3:19-cr-20258 RHC-RSW
                 Hon. ROBERT H. CLELAND

LASZLO CSIKI,

           DEFENDANT(S)

TRANSCRIPT ORDER WHAT HAS BEEN DOCKETED ON CASE NO. 19-20256 AND DOCKET HISTORY ON SAME CASE NO. 19-20256

BECAUSE THE DEFENDANT IS INDIGENT ACCORDING TO THE SIX CIRCUIT RULE LASZLO CSIKI IS AUTHORIZED TO ORDER ANY TRANSCRIPT WICH I DEEM NECESSARY FOR THE APPEAL.

I ORDER ALL TRANSCRIPT'S AND ALL DOCKET HISTORY FROM 13TH APRIL 2019 THE DAY I WAS ARRESTED UNTIL 23RD JUNE, 2020 WHEN I WAS SENTENCED.

I HEREBY CERTIFY THAT THIS ORDER OF TRANSCRIPT AND DOCKET HISTORY WAS WROTE ON 07.18.2020 by:

                                            *Csiki* (signature)
                                          CSIKI LASZLO

COPY MAILED AT 18TH July, 2020 TO EACH OF FOLLOWING:

MATTHEW SCHNEIDER, U.S. ATTORNEY
211 W. FORT ST. STE 2001
DETROIT, MI 48226

SANFORD PLOTKIN ATTORNEY AT LAW
30445 NORTHWESTERN HWY STE 225
FARMINGTON, MI 48334

FILED USDC - CLRK DET
2020 APR 02  PM 4:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Pro Se Filings
The Exigent Circumstances
Created by COVID-19 and
Related Coronavirus Health Conditions

Administrative Order

20-AO-026

## ADMINISTRATIVE ORDER

This administrative order is being issued in response to the recent outbreak of the Coronavirus Disease (COVID-19) in the Eastern District of Michigan. On March 23, 2020, the Governor of the State of Michigan issued Executive Order No. 2020-21, A Temporary Requirement to Suspend Activities that are not Necessary to Sustain or Protect Life. Subsequently, on April 1, 2020, the Governor of the State of Michigan issued Executive Order No. 2020-33, Expanded Emergency Disaster Declaration rescinding and replacing Executive Order No. 2020-4 of March 10, 2020, Declaration of State of Emergency.

To combat the spread of the disease, given the severity of the risk posed to the public, Court staff, and other Court agencies, and considering public health recommendations from the Centers for Disease Control and Prevention (CDC), the following protocol will be implemented in the Eastern District of Michigan.

1. In the spirit of the "Mailbox Rule", Rule 3(d) of the Rules Governing § 2255 Proceedings will be extended to Pro Se filers.

2. Pro Se filings shall not be made in person. All pro se filers are to mail filings and documents to

   Clerk's Office
   United States District Court
   Theodore Levin US Courthouse
   231 W. Lafayette Blvd.
   Detroit, MI  48226

3. The date of the United States Postal Service postmark stamped on the envelope in which such filing was mailed shall be deemed the filing date.

4. The Mailbox Rule will only apply to those documents addressed accurately to the address above.

The World Health Organization has declared that COVID-19 qualifies as a global pandemic having spread across more than 200 countries with over 225,000 confirmed cases in the United States. Considering the spread of the diseases, the courthouses in the Eastern District of Michigan will remain closed to the public. The public is encouraged to use online Court resources or contact the Court by telephone.

This order will remain in effect until further order of the Court.

IT IS ORDERED.

FOR THE COURT:

s/Denise Page Hood
Denise Page Hood
Chief Judge

SIKI LASZLO No. 57473-039
65 NORTH ELK STREET
SANDUSKY, MI 48471
SANILAC COUNTY

Clerk's Office
United States District Court
Theodore Levin US Courthouse
231 W. LAFAYETTE Blvd.
Detroit, MI 48226

48226-270251

THIS MAIL ORIGINATED
FROM THE
SANILAC COUNTY JAIL

RECEIVED
JUL 24 2020
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT

FOREVER USA