21

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

LASZLO CSIKI                    CASE NO. 19-20256
    DEFENDANT

                        HON. ROBERT H. CLELAND

    V.


UNITED STATES OF AMERICA
    PLAINTIFF


## EMERGENCY MOTION FOR COMPASSIONATE RELEASE/ REDUCTION MY SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(1)(A)

NOW COME DEFENDANT LASZLO CSIKI APPEARING PRO SE, INMATE AT St. Clair County JAIL FED. NO. #57473-039, ROMANIAN CITIZEN WITH PERSONAL IDENTIFICATION NO. 1850730260076 SUBMITS THIS MOTION FOR COMPASSIONATE REREASE PURSUANT TO 18 U.S.C. 3582(c)(1)(A) THE CURRENT CONDITIONS OF CONFINEMENT AT St. Clair County PRESENTS AN IMMINENT THREAT OF DEATH OR SERIOUS BODILY INJURY FROM THE NOVEL CORONAVIRUS, PRESENTING EXTRAORDINARY AND COMPELLING REASONS TO MODIFY DEFENDANTS 54 MONTH TERM OF IMPRISONMENT.

POOR QUALITY ORIGINALS

## EXTRAORDINARY AND COMPELLING CIRCUMSTANCES

MY PREEXISTING MEDICAL CONDITIONS HIGH BLOOD PRESSURE, ASTHMA, OBESITY, TUMOR RIGHT POSTERIOR SCALP, LOW TESTOSTERONE, DEPRESSION-ANXIETY PLACE ME AT A HEIGHTENED RISK OF CONTRACTING AND DEVELOPING COMPLICATIONS ASSOCIATED WITH COVID 19 INFECTION, THESE RISK ARE EXACERBATED BY MY PLACEMENT IN CONFINEMENT. I WILL BE TRANSPORTED TO NEW FFCILITIES, WILL PUT ME AT FURTHER RISKS FOR EXPOSURE TO THE DEADLY DISEASE WITH DEVASTATING CONSEQUENCES TO MY HEALTH. I HAVE BEEN ON LOCK DOWN SINCE THE PANDEMIC BEGAN CONSEQUENTLY I AM CONFINED TO MY CELL 23-24 HOUR PER DAY IMPAIRING MY ABILITY TO ENGAGE IN REGULAR EXERCISE TO PREVENT AND CONTROL MY OBESITY. I AM 5'8 TALL 237 LBS BMI 36 (BODY MASS INDEX) I WAS WEIGHT BY THE NURSES ELECTRIC SCALE ON 11/14/2020 UNFORTUNETLY MEDICALLY IS CLASSIFIED AS OBESE. EVEN WITHOUT THE PRESENCE OF OTHER HEALTH CONDITIONS OBESITY ALONE IS THE MOST SIGNIFICANT RISK FACTOR REGARDLESS OF AGE INCREASES RISK OF SEVERE ILLNESS FROM COVID19. IN FEB. 5/2020 SANILAC COUNTY JAIL MEDICAL COLLECTED BLOOD FROM ME AND MESURED MY TESTOSTERONE LEVEL WHICH WAS LOW VALUE 226 REF. RANGE/UNITS A HEALTHY MALE BETWEEN THE AGE OF: 20-49 THE TESTOSTERONE LEVEL VALUE IS BETWEEN 160-726 ng/dL. I HAVE NEVER RECIVED TREATMENT FOR IT. MAY. 20/2020 I WAS TAKEN TO HOSPITAL TO ECHO MY RIGHT POSTERIOR SCALP TUMOR, THE DOCTOR SCHEDULED ME FOR SURGERY BUT I WAS TRANSFERRED

ON SEPTEMBER 16/2020 TO ST. CLAIR COUNTY JAIL WITHOUT ANY REASON AND NOW I AM SUFFERING FROM SLEEPLESSNESS PAIN AND DISCOMFORT BECAUSE I WAS UNABLE TO RECEIVE THIS SURGERY.

I HAVE TO START THE ENTIRE PROCESS ALL OVER BUT I CANNOT BECAUSE MY CURRENT FACILITY DOES NOT OFFER THESE SERVICES. THE SERVICES THAT ARE OFFERED AT THIS FACILITY ARE SUB-STANDARD AND ARE NOT BENEFICIAL TO ME IN ANY WAY AND BECAUSE OF THIS MY HEALTH IS DETERIORATING. I WOULD LIKE TO INCLUDE SOME OF THE EXAMPLES OF THE GRIEVANCES I HAVE FILED WITHOUT ANY SORT OF RESOLUTION: MED. KITE NO. 104844533 Oct. 14/2020 17:00 PM "LAST NIGHT AROUND 2-3 AM I WOKE UP BECAUSE I COULDN'T BREATHE I USED THE INHALER BUT STILL WASN'T ABLE TO CATCH MY BREATHE" (THE OFFICER WHO WAS WORKING TOLD ME TO WRITE A MED. KITE) AFTER 5 DAYS THE NURSE ASKED ME IF I AM OK. MED. KITE #106428943 Oct. 30/2020 12:08 PM "IN 10/29/2020 I ASKED A REFILL OF ALBUTEROL INHALER BECAUSE I HAVE ASTHMA STILL DIDN'T RECEIVED IT". MEDICAL GRIEVENCE #106624233 NOV. 1/2020 14:52PM "I NEED MY ALBUTEROL INHALER I AM OUT OF IT I NEED TO USE IT AND I AM OUT OF IT SINCE 10/29/2020", MEDICAL GRIEVENCE #106901053 Nov. 03/2020 20:55 PM "I NEED MY INHALER TODAY I FELT THAT I AM SUFFOCATING BECAUSE I HAD SHORTNESS OF BREATHE I HAD TO USE SOMEBODY'S INHALER!!! I NEED MY INHALER!!!". I WROTE A GRIEVENCE TO THE SARGENT #106786593 NOV. 2/2020 10:09 AM "I HAVE MODERATE TO SEVERE ASTHMA I HAVE DAILY ASTHMA SIMPTOMES THAT

REQUIRE DAILY USE OF ALBUTEROL TREATMENT I HAVE BEEN REQUESTING A ALBUTEROL INHALER REFILL SINCE 10/29/2020 STILL DIDN'T RECEIVED ANYTHING. TODAY 11/02/2020 STILL DIDN'T RECEIVED ANY REFILL OF MY MEDICATION. ST. CLAIR COUNTY JAIL DENIES MY TREATMENT AND MY RIGHT TO HAVE ACCESS TO MY MEDICATION WICH WAS PRESCRIBED BY A DOCTOR. FOR THIS REASON I AM GRIEVING AND SUFFERING BECAUSE I CANNOT GET MY PRESCRIBED MEDICATION FOR MY ASTHMA UNDERLYING MEDICAL CONDITION". MED. KITE #108875153 Oct. 05/2020 12:26PM I WAS COMPLAINING ABOUT MY TUMOR ON MY HEAD THAT IT BOTHERS ME WHEN I AM SLEEPING, NO RESOLUTION. MED. KITE# 106643203 Oct. 26 19:58 I WAS ASKING TO SEE A DOCTOR, CONCERNING MY TUMOR ON THE BACK OF MY HEAD BECASE IT'S HURTING AND UNCOMFORTABLE AND I AM WORRIED ABOUT IT, TODAY NOV. 16 NO RESOLUTION. I AM DEPENDENT ON THE STAFF WHO DIDN'T PROVIDE ME MY INHALER IN TIME, NONE OF THE MEDICAL STUFF WEAR MASK, WE DO NOT HAVE ANY ALCOHOL BASED SANITIZER, NO ONE CLEANS OR DISINFECTS FREQUENTLY TOUCHED SURFACES SEVERAL TIMES PER DAY, SOCIAL DISTANCING IS IMPOSSIBLE WE USE THE SAME SINK, SAME TOILETS, SAME SHOWERS WITH NO WAY TO PROPERLY SANITIZE AND DISINFECT. I AM HOUSED IN A POD WITH ICE. IMMIGRANTS THAT OFTEN LEAVE TO BE ARRAIGNED DOWNTOWN AT THE FEDERAL BUILDING. DURING THESE TRANSPORTS INMATES ARE ABLE TO PHYSICALLY INTERACT WITH OTHER NEWLY DETAINED INMATES AT THE FEDERAL BUILDING. UPON THEIR RETURN THESE ST. CLAIR COUNTY JAIL INMATES

ARE NOT BEING RETESTED FOR COVID 19. EXAMPLE NOV 4/2020 CORNER HERRERA EVER AND VIZCARRA LOPEZ ADELMO WERE IN A-POD WITH ME AND THEN TRANSPORTED TO THE FEDERAL BUILDING FOR ARRAIGNMENT. THERE THEY WERE ABLE TO INTERACT WITH PEOPLE NOT FROM ST. CLAIR COUNTY JAIL INCLUDING PEOPLE ARRESTED THAT SAME DAY, WHEN THEY RETURNED FROM COURT THEY WERE NOT RETESTED FOR COVID 19. I AM ALSO HOUSED WITH COUNTY INMATES WHO ATTEND CLASSES INSTRUCTED BY THOMAS MICHAEL DRUG AND ALCOHOL TEACHER WHO WAS TESTED POSITIV FOR COVID 19 ON OCTOBER/27/2020.

I AM UNABLE TO GET TREATMENT FOR MY HEAD TUMOR, ST. CLAIR COUNTY JAIL IS INCAPABLE OF MANAGING IN TIME MY REFILL OF ALBUTEROL INHALER FOR MY ASTHMA, DUE TO THE LOCK DOWN I CANNOT CONTROL MY OBESITY. MY CURRENT CONDITIONS OF CONFINMENT PRESENTS AN IMMINENT THREAT OF DEATH OR SERIOUS BODILY INJURY FROM THE NOVEL CORONAVIRUS.

BASED UPON THE FACT THAT I HAVE AN IMMIGRATION HOLD I WILL NOT RECEIVE THE BENEFIT OF A PLACEMENT IN COMMUNITY CORRECTIONS, I WILL BE DEPORTED TO ROMANIA UPON RELEASE, I WILL LIKELY FIRST SERVE ADDITIONAL TIME IN IMMIGRATION DETENTION BEFORE THAT REMOVAL OCCURS.

AS THE SIXTH CIRCUIT HAS SUMMARIZED THE COVID 19-VIRUS IS EXTREMELY CONTAGIOUS AND CONDITIONS FAVOR ITS MORE RAPID TRANSITION IN DETETION OR CORRECTIONAL FACILITIES." SEE United States v. You, NO. 205390, 2020 WL 3867419, at *1 (6th Cir. Apr. 22, 2020). COURTS HAVE GRANTED COMPASSIONATE RELEASE TO UNDOCUMENTED

DEFENDANTS UNDER SIMILAR CIRCUMSTANCES SEE United States v. Morrison, 2020 WL 3447757, at *6 (D. Md. June 24, 2020), HE WOULD BE RELEASED TO ICE OR CBP CUSTODY AFTER RELEASE TO BE DEPORTED TO JAMAICA, SEE United States v. Arreola-Bretado, 2020 WL 2535049, at *1,4 (S.D. Cal. May 15, 2020) REDUCING DEFENDANT'S SENTENCE TO TIME SERVED BASED ON HER INELIGIBILITY FOR RELEASE TO HOME CONFINEMENT BECAUSE SHE WOULD BE DEPORTED.

FAMILY CIRCUMSTANCES — ONLY AVAILABLE CAREGIVER FOR MY MOTHER LIVIA CSIKI. AFTER MY FATHER PAST AWAY IN 2017 MY MOTHER SUFFERED A SEVERE COGNITIVE DEFICIT THAT AFFECTED HER MENTAL CAPACITY AND FUNCTION BECAUSE OF HER LOSS. MY BROTHER CSABA CSIKI WAS TAKING CARE OF MY SICK OLD MOTHER UNTIL HIS LAST UNEXPECTED DEATH DAY, HE PAST AWAY IN OCTOBER 13. 2019 AT THE AGE OF 39. MY MOTHER, LIVES ALONE NOW WITHOUT A CAREGIVER DESPITE HER DEBILITATING, LIFE THREATENING DISEASES. CSABA CSIKI MADE SURE LIVIA CSIKI OBTAINED MEDICATION, WAS TRANSPORTED TO MEDICAL APPOINTMENTS, COOKED FOOD FOR HER, CLEANED HER HOME CARED FOR HER PHISICALLY WELL BEING, NOW SHE HAS NO OTHER FAMILY TO RELY UPON FOR ASSISTANCE. LIVIA CSIKI'S INABILITY TO WALK A BLOCK AT REASONABLE PACE HER INABILITY TO CARRY OUT ROUTINE AMBULATORY ACTIVITIES SUCH AS SHOPPING AND BANKING TOOK HER TO THE CURRENT PRECARIOUS SITUATION THAT SHE IS ABOUT TO LOSE HER HOME AND HAS NOWHERE TO LIVE AND NOONE TO RELY UPON. MY CIRCUMSTANCES IS SIMILAR TO Ms. BUCCI's CIRCUMSTANCE, Ms. BUCCI IS THE "ONLY AVAILABLE CAREGIVER OF HIS MOTHER" SEE ANTHONY BUCCI NO. 04-10194-WGY, 03/16/2019,

WL 5075964, SEE United States v. Sabirhan Hasanoff No. 10-CR-162(KMW)
NY. Oct. 27, 2020 GRANTED FOR COMPASSIONATE RELEASE.
ALSO SEE: United States v. Rodriguez, NO. 3:17-CR-4477-BTM WL4592,833, at *9
(S.D. Cal. Aug. 5, 2020); see WOOLEN v. United States No. 1:13-CR-00471-50M,
2020, WL 2820140, at *5 (D. Haw. May 29, 2020) see United States v.
Crisneros, No. 1:99-CR-00108-SOM, 2020 WL 3065103, at *3 (D. Haw.
June 9, 2020) GRANTING MOTION FOR COMPASSIONATE RELEASE FOR
PETITIONERS SUFFERING FROM ASTHMA AND OBESITY.

 IT is ANXIOMATIC THAT ONE NEED NOT EXHAUST ADMINISTRATIVE
REMEDIES THAT WOULD BE FUTILE OR IMPOSSIBLE TO EXHAUST Sigh v. Ashcroft,
362 F.3d 1164, 1169 (9th Cir 2004). I AM UNABLE TO EXHAUST MY
ADMINISTRATIVE REQUIREMENT BECAUSE I AM BEEN HELD IN A NON-BOP
FACILITY. THERE IS NO APPROPRIATE AUTHORITY AT ST. CLAIR COUNTY
JAIL TO WHOM A REQUEST COULD BE MADE §3582(c). THE COURT
CAN ENVISION NO SITUATION MORE FUTILE THAN BEING REQUIRED
TO PETITION TO A BOP WARDEN WHO DOES NOT EXIST. See United
States v. Arreola-Bretado, 2020 WL 2535040, at *2 (S.D. Cal. May 15, 2020).
THE SENTENCING COURT RECOMMENDED ME TO PARTICIPATE IN
INMATE FINANCIAL RESPONSABILITY PROGRAM (IFRP) UNFORTUNETLY
I HAVE NO ACCESS TO THOSE SERVICES, NON CITIZEN INMATES
ARE GIVEN FAR LESS OPPORTUNITY TO PARTICIPATE IN
REHABILITATIVE PROGRAMMING AS WELL POOR HEALTH
SERVICES. I HAVE BEEN ASSESSED THE LOWEST LEVEL OF RISK
BY THE INSTITUTION WHERE I AM BEEN HELD, I AM ATTENDING
PTSD CLASSES SINCE 10.4.2020.

 UPON MY RELEASE I WILL LIVE WHIT MY MOTHER IN

ROMANIA, CITY TARGU MURES COUNTY MURES AT THE ADRESS
CONSTRACTORILOR St. 9/7 ] WILL TAKE UP THE CARE-TAKING
RESPONSABILITIES FOR MY MOTHER AND SPEND WHAT TIME SHE
HAS LEFT WITH HER. ALSOU I WILL WORK LIKE A PERSONAL
TRAINER, AT GIM FACTORY THE OWNER IS HIRING ME ASAP.
CONTACT NO. 8102589180 J WILL HELP MY MOTHER TO PAY
HER DEBT TO THE BANK SOU SHE CAN KEEP HER PLACE
TO LIVE, IN AUGUST I WILL REAPPLY TO LAW SCHOOL. J HAVE
PREVIOUSLY COMPLETED FOUR SEMESTERS, UPON COMPLETION
I WILL EVENTUALLY WORK IN THE LEGAL FIELD.
J ATTACHED COPYS OF MEDICAL DOCUMENTS BIRTH
AND DEATH CERTIFICATES. J AUTHORIZE THE BOP
BUREAU OF PRISON  TO OBTAIN ANY INFORMATION OR
DOCUMENTS FROM ANY INNIVIDUAL, MENICAL ENTITY
OR DOCTOR OR ANY GOVERNMENT AGENCY ABOUT
DEFENDANT LASZLO CSIKI.

CERTIFICATE OF SERVICE
J LASZLO CSIKI CERTIFY THAT THIS MOTION
WAS MADE ON NOVEMBER / 17 / 2020 UPON THE
FOLLOWING PARTIES BY FIRST CLASS MAIL
ADDRESSED TO THE FOLLOWING:

HON. JUDGE ROBERT H. CLELAND
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
526 WATER STREET, 2AND FLOOR
PORT HURON, MI 48060

7

SARA D. WOODWARD
ASSISTANT UNITED STATES ATTORNEY
211 W. FORT St. SUITE 2001
DETROIT, MI 48226

JESSICA K. WINTERS
THE WINTERS LAW GROUP
432 S BROADWAY SUITE 2B
LEXINGTON, KY 40508

LASZLO CSIKI

## SOCIALIST REPUBLIC OF ROMANIA
## TÎRGU MUREŞ MUNICIPALITY PEOPLE'S COUNCIL
## EXECUTIVE COMMITTEE

## BIRTH CERTIFICATE

Personal Identification Number

| 1 | 8 | 5 | 0 | 7 | 3 | 0 | 2 | 6 | 0 | 0 | 7 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | A | A | L | L | Z | Z | N | N | N | N | N | C |

Surname: CSIKI ---------------------------------------------------
First name: LÁSZLÓ --------------------------------------------
Sex: male -----------------------------------------------------------
Date of birth ------------------------------------------------------
Year: 1985 (nineteen eighty five) -------------------------------
Month: July ---------------------------------------------------------
Day: 30 (thirty) ----------------------------------------------------

### PLACE OF BIRTH OF THE CHILD

Municipality: TÎRGU MUREŞ -------------------------------------
County: MUREŞ -----------------------------------------------------

Series: N.D. No.071458 -----------------------------------------

### PARENTS

Father's family name: CSIKI -------------------------------------
Father's first name: ALEXANDRU -------------------------------
Mother's family name: CSIKI -------------------------------------
Mother's first name: LIVIA ---------------------------------------

### PLACE OF REGISTRATION

Municipality: TÎRGU MUREŞ --------------------------------------
County: MUREŞ -----------------------------------------------------

The birth was registered in the Civil Register of Vital Records under nmb.2553 on year 1985 (nineteen eighty five), month August, day 13 (thirteen) ------------------------------------

Mentions: / ----------------------------------------------------------

Issued today 13 August 1985 under no.56799 ---------------

Signature, seal place [illegible signature, illegible round official seal of the Civil Register] -----
Issued Family Record Book on 6 November 1997 [illegible signature, round illegible seal] -------

I, the undersigned, GOGYAN ERZSEBET, certified interpreter and translator for English, French, Italian languages, in virtue of License No.5858 from July 26th, 2004, issued by the Ministry of Justice of Romania, I certify the accuracy of the translation made from Romanian into English, that the presented text has been entirely translated, without any omission, and in the translation its content and meaning has not been altered.



**COVENANT**
HealthCare
**Laboratory Services**
1447 N. Harrison Saginaw MI 48602
989-583-6742 Fax: 989-583-6745
CovenantLab.com

Patient:
Cziki, Laszlo 127-53-77
M, 39 yrs, 4/22/1980
4547/8 DESHON ST, UTICA M 48317

Recipient: McKenzie Health System
120 N. Delaware St
Sandusky MI 48471
Fax #: 810-648-3454

**Testosterone Total** (Final result)

| | Value | Ref. Range/Units |
|---|---|---|
| **Testosterone-Total** | 226 | *60-726 ng/d |
| Females: | | |
| Ovulating - Not Detected - 73 ng/dL | | |
| Post Menopausal - Not Detected - 43 ng/dL | | |
| Males: | | |
| 20 - 49yrs 160 - 726 ng/dL | | |
| >50yrs 129-767 ng/dL | | |

Resulting Lab: Houghton Lab

Blood specimen 20H-025C1624 from Blood Unspecified. Ordered by Lewis, Michael Kent, NP. Authorized by Lewis, Michael Kent, NP
Collected 2/4/2020 1413 Received: 1507 Verified 2/5/2020 1006 Resulted by Houghton Lab.

**Resulting Labs**

| Houghton Lab | COVENANT LABORATORY, 1000 Houghton, Saginaw MI 48602 |
|---|---|
| | Director: Stockman, David L., MD |

Final Report McKenzie Health System 120 N. Delaware St
Sandusky Michigan 48471

1 out of 1                    Printed: 2/5/2020, 1:01 PM

2019 WL 5075964
Only the Westlaw citation is currently available.
United States District Court, D. Massachusetts.

UNITED STATES of America,

v.

Anthony BUCCI, Defendant.

CRIMINAL ACTION No. 04-10194-WGY

|

Filed 09/16/2019

**Attorneys and Law Firms**

Jennifer Hay Zacks, John T. McNeil, Nathaniel R. Mendell,
S. Theodore Merritt, United States Attorney's Office, Boston,
MA, for United States of America.

**ORDER**

WILLIAM G. YOUNG, DISTRICT JUDGE

**\*1** This Court may grant an inmate's motion for a reduction
of his term of imprisonment if "extraordinary and compelling
reasons warrant such a reduction." 18 U.S.C. § 3582(c)(1)(A)
(i). Congress has not specified the circumstances that qualify
as "extraordinary and compelling reasons" except to state that
a reduction pursuant to this provision must be "consistent
with applicable policy statements issued by the Sentencing
Commission." Id. § 3582(c)(1)(A).

In commentary to guidance it issued prior to Congress's
passage of the First Step Act, the Sentencing Commission
defined four circumstances in which "extraordinary and
compelling reasons" for a sentence reduction exist. U.S.S.G.
§ 1B1.13 n.1. For one, the Sentencing Commission specified
that "[t]he death or incapacitation of the caregiver of
the defendant's minor child or minor children" or "[t]he
incapacitation of the defendant's spouse or registered partner
when the defendant would be the only available caregiver
for the spouse or registered partner" is an "extraordinary and
compelling reason[ ]." Id. § 1B1.13 n.1(C). The Sentencing
Commission further provided that a defendant may be entitled
to a sentence reduction if, "[a]s determined by the Director
of the Bureau of Prisons, there exists in the defendant's case
an extraordinary and compelling reason other than, or in
connection with, the reasons described in subdivisions (A)
through (C) of that application note. Id. § 1B1.13 n.1(D).

There has been some dispute about how courts ought interpret
this guidance now that the First Step Act modified the role of
the Bureau of Prisons in the compassionate release process.
Compare United States v. Cantu, No. 1:05-CR-458-1, 2019
WL 2498923, at \*4, 2019 U.S. Dist. LEXIS 100923 at
\*6-12 (S.D. Tex. June 17, 2019) (holding that requiring the
Bureau of Prisons to determine when additional extraordinary
or compelling reasons exist after the passage of the First
Step Act "would contravene the explicit purpose of the new
amendments"), with United States v. Lynn, No. 89-0072-
WS, 2019 WL 3805349, at \*4, 2019 U.S. Dist. LEXIS
135987, at \*7-11 (S.D. Ala. Aug. 12, 2019) (holding that
Sentencing Commission's pre-First Step Act guidance binds
courts unless and until the Commission chooses to amend it
to decide that the Bureau of Prisons should no longer "be the
gatekeeper regarding the residual category of extraordinary
and compelling reasons for compassionate release").

This Court agrees with Judge Hornby of the District of Maine
that interpreting the Sentencing Commission's guidance on
compassionate release today begins with the premise that
"[t]he First Step Act did not change the statutory criteria
for compassionate release, but it did change the procedures,
so that the Bureau of Prisons is no longer an obstacle to
a court's consideration of whether compassionate release is
appropriate." United States v. Fox, No. 2:14-CR-03-DBH,
2019 WL 3046086, at \*3, 2019 U.S. Dist. LEXIS 115388
at \*5 (D. Me. July 11, 2019). Therefore, the most sensible
interpretation of the Sentencing Commission's guidance in
light of Congress's recent statutory amendments is that "the
Commission's existing policy statement provides helpful
guidance on the factors that support compassionate release,
although it is not ultimately conclusive." Id.; see also United
States v. Beck, No. 1:13-CR-186-6, 2019 WL 2716505, at
\*5-6, 8-9, 2019 U.S. Dist. LEXIS 108542 at \*14-16, 22-25
(M.D.N.C. June 28, 2019) ("Read in light of the First Step
Act, it is consistent with the old policy statement and with the
Commission guidance more generally for courts to exercise
similar discretion as that previously reserved to the [Bureau
of Prisons] Director in evaluating motions by defendants for
compassionate release.").

**\*2** Mr. Bucci's circumstances are similar to those that the
Sentencing Commission specifically articulated as examples
of "extraordinary and compelling reasons" in its policy
guidance. See U.S.S.G. § 1B1.13 n.1. Mr. Bucci is the "only
available caregiver," id. § 1B1.13 n.1(C)(ii), for an ailing,
close member of his family: his mother. See Mot. Release 18

U.S.C. § 3582(c)(1)(A)(i) ("Mot. Release") 7-8, ECF No. 656 & Ex. 1, Supp. Documentation 14-17, ECF No. 656-1; Letter Rosemarie Keefe, ECF No. 657. This Court sees no reason to discount this unique role simply because the incapacitated family member is a parent and not a spouse.

While surely many inmates share the plight of having an incapacitated spouse or partner at home, the Sentencing Commission has made clear that courts ought consider that circumstance an "extraordinary and compelling reason" for compassionate release only when the defendant is the "only available caregiver" for him or her. U.S.S.G. § 1B1.13 n.1(C)(ii). When a defendant is the "only available caregiver" for an incapacitated parent (perhaps a more unique occurrence given that inmates may have siblings or other family members able to care for their parents), then, it is likewise an "extraordinary and compelling" reason warranting compassionate release. But see United States v. Ingram, No. 2:14-cr-40, 2019 WL 3162305, at *2, 2019 U.S. Dist. LEXIS 118304, at *4-5 (S.D. Ohio July 16, 2019) (denying compassionate release to defendant to care for ill mother because "[m]any, if not all inmates, have aging and sick parents").

This Court rules that Mr. Bucci's role as the only potential caregiver for his ailing mother is an "extraordinary and compelling reason" for compassionate release. See U.S.S.G. § 1B1.13(1)(A). Further, the documents submitted to the Court show that he has demonstrated rehabilitation through his substantial time in prison, including by devoting much of his time to care for terminally ill inmates. See Mot. Release 10-11; Supp. Documentation 18, 25-26; Anthony Bucci Compassionate Release Pet. Letter Recommendation, ECF No. 658. Thus, this Court GRANTS Mr. Bucci's motion to reduce his sentence pursuant to section 3582(c)(1)(A)(i) of title 19 of the United States Code, ECF No. 656. The Clerk shall promptly set a hearing for Mr. Bucci's resentencing in accordance with this order.

**SO ORDERED.**

**All Citations**

--- F.Supp.3d ----, 2019 WL 5075964

---

**End of Document**

© 2019 Thomson Reuters. No claim to original U.S. Government Works.

# Memoir

My name is Csiki Livia whit the adress Aleea: Construcotiilor Bl. 7 Ap 9 in the city of Târgu-Mureş, born in 02.03.1952 in the Municipality Gheorghenie County of Harghita whit the ID Nr. 2520302264367 (SSN) Born in a family of intelectuals whit mother school teacher and a father Oficer in the Army. I followed my Mothers footsteaps and I became a school teacher, my husband a Master in preparing special instalations in the domein of water and gase, Enginier he had a large number of employees under his comand whit a lot of responsability. Our sons where raised on the base principal of Morale and Christien. Bouth kids finished the Professional school, High School, Vocational and Post Secundary Education my yungest son Csiki Lászlo did gymnastics he attained gold, silver, bronz medals alsou a lot of diplomas in his sport carrier. He prepared to be a Laiwyer went to Law school. Like every yung men in the beginning of his road, made a mistake and he pays for the consequences. The family indured hard when he left across the Ocean. My husband sick whit severe heart disease alsou paralised past away in 2017 th. He was immobilized to bed 7 Years. I took care of him whit my oldest son. His loss after 44 Years of marriage lead to a lot of suffering and tears. The tears of paine didn't dry another tragedy followed my oldest son past away he was only 39 Years old. Your Honor as a grieving mother in pain whos crying because her husband and son past away, and alsou my

youngest son Csiki Laszlo who is far away from me. By myself alone whit Anxious depressive disorder Mourning depression, whit heart disease, hyper tension, Hypothyroidism, I am healplers, I don't have anyone besides him. Your Honor I belive and I hope in your goodness and understanding. Next to my memoir I attach the death certificates of my loved ones alson my medical letters which proves my situation and my poor health. I want my son back home.

Whit my thanks and respect

signiture of Csiki Livia

Memoriu

Numele meu este Lina academician la
liceul constructorilor bl. 7 ap. 9 Mun. Târgu-Jiu
născută la 07.03.1962 în loc. Gheorghieni jud.
Harghita cu CNP 2620307296464 provenind dintr-o
familie de intelectuali mama invățătoare tatăl
ofițer în armată am urmat exemplul mamei
devenind profesoară în urma mea maiastru au
pregătit specialiste în instalații apa-gaz pe rost
de inginer cu mulți oameni sub conducerea lui
și multe responsabilități. Pe fiii nostri i-am
crescut pe baza unor principii morale și
creștinești. Ambii copii au urmat și terminat
sc. profesională liceu, sc. tehnică mai mult
fiul meu cel mic l-a și finalizat cu performanțe
cu medalia de aur argint, bronz precum și
multe diplome de merit. Sa pregătit să
devină avocat având încurcătarea de a lipsi
dar cu fiecare tânăr la început de drum în față
a greșit suportând consecintele. Familia
a suportat foarte greu plecarea lui peste
Ocean. Soțul meu bolnav grav de inimă și
paralizat a decedat în anul 2017. A stat
mobilizat la pat timp de zile l-am îngrijit
împreună cu fiul meu cel mare. Pierderea
lui după 44 ani de casnicie a adus multă
suferință și lacrimi. Durerile de unic
nici n-au secata urmat-o altă tragedie
a decedat fratele meu cel mare lăsând-mă
39 de ani. Domnule judecator o mamă,
îndurerata, îs plânge soțul și fiiul
decedat, dar mai ales îl lăstățul meu cel mic
ceit lăsat departe de mine. Am rămas
singura, bolnavă de depresie severă, de boli de
inimă, tensiune mare și tot cu glicuda,
trecuta, sunt neajutorata, nu am pe nimeni
în afara de el. Dle judecator cred în spor
în bunătatea și înțelegerea dvs. Prezentei
memorii o anexez certificatele de deces

Translation from Romanian

ANNEX 8

Supplier's name: M&N MEDYSERV SRL
Physician: LACSAY INGEMP GABRIELA
Contract/convention no.: 143/41
Insurance clinic: CAAS MURES
(Seal: M&N MEDYSERV SRL Trading company with Michael)

MEDICAL LETTER (I)

Dear colleague,

We hereby inform you that the patient ISSIKI LIV has born on March 25, 1957, with a personal identification number 2520392263674 has been examined in our medical unit on November 18, 2019 with no. in the Medical Examination Register no. 260.

**Reasons for coming to the medical centre:**
Instant crying, depressed mood, anhedony, psychomotor anxiety, depressive micromaniac ideas of uselessness, impatience, decrease of the global capacity, amnestic and prosexic disorders, tracking ideas, paranoid ideas, intermediary sleeping disorders.

**Diagnosis:**
332 – Non-organic sleeping disorders.
321 – Moderate/severe depressive episode.

**Medical history:** No psychiatric records up to present.
**Risk factors:** Situational (the decease of husband and son)

**Clinical Examination:**
        General:
        Local:

Laboratory: normal values:
                    pathological values:
**Paraclinical exams:**
EKG:
ECO:
Rx:
Others:

**Treatment performed:**
Other information regarding the state of health of the insured person:

**Prescribed treatment:**

Relaxine mg/1, Sedarif EC 0-0-1
Balanced life regime
Avoidance of conflictual/tensional states and toxic consumption of any kind
Psychiatric control necessary.

Translation from Romanian

S.C. NOVA VITA HOSPITAL S.A.            NOVA VITA — MEDICAL CENTER

540023 Tg-Mures, no. 29/A Livia Rebreanu street, Mures county
Phone/Facsimile: 0265-226112/162
www.nova-vita.ro, office@novavita.ro
No. of registration in the Register of Companies: J26/964/2008
Taxpayer Identification Number 23988592
IBAN: RO92BRDE270SV70261102700 BRD Tg-Mures
Registered capital: 27.287.890 RON
Personal data operator no. 16868

No. of CAS (Health Insurance Authority) Agreement: 18/13

# MEDICAL LETTER

Dear colleague,

We hereby inform you that the patient SSIKI LIVIA, aged 67 years, has been examined in our medical unit on December 17, 2019 with no. 1936 in the Medical Examination Register no. 14843

**Reasons for coming to the medical center**: precordial / retrosternal pains with sensation of tightness, started without any connection with the physical effort, for over a few years, especially during the nights in repose when blood pressures is higher, with palpitations.

**Diagnosis**: 2nd degree blood pressure, with high cardiovascular risk. Intricate angina pectoris with blood pressure spikes. Mild mitral insufficiency. Obesity. Cholecystectomy. Mixed dyslipidemia. Hepatic steatosis. Varicose veins in lower limbs. Hypothyroidism. Anxious depressive disorder. Mourning depression.

**Medical history**: Risk factors: high blood pressure, dyslipidemia, weight excess.

**Clinical Examination:**
- *Local*: rhythmic cardiac sounds, normal beating, no pathologic heart blows, no blows on the carotid arteries.
- Paraclinic exams:
  EKG: RS, 88/min, QRS axis on the left, discrete wave at tricuspid stenosis, 0.5mm in DI, DII, V2-V6, flattened T wave in DIII (similar aspect with EKG in 2017).
  Echocardiography: attached report, conclusions: normal electro in echocardiography.
  Cardiovascular effort test: made in December 2017, approximately reaching up to 87%, negative coronary, exaggerated pressor reaction.

St. Clair County Jail
LASZLO CSIKI
1170 Michigan Rd.
Port Huron, MI
48060



Clerk's Office
United States District Court
Theodore Levin Us Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

11/19/20

RECEIVED
DEC - 2 2020
CLERK'S OFFICE
U.S. DISTRICT COURT

US MARSHALS

...s mail originates from
St. Clair County Ja...