**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

UNITED STATES OF AMERICA

        Plaintiff,

v.
        Case No. 19-20256
        21-13019

LASZLO CSIKI

        Defendant.
_____/

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

Pursuant to the court's order dated December 8, 2022, which denied Defendant's Motion under 28 U.S.C. § 2255 (ECF No. 97), the issues in controversy have been resolved, and the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.[1]

        s/Robert H. Cleland        /
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  December 8, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 8, 2022, by electronic and/or ordinary mail.

        s/Lisa Wagner        /
        Case Manager and Deputy Clerk
        (810) 292-6522

S:\Cleland\Cleland\NTH\Criminal\19.20256.CSIKI.Closing2255.NH.docx

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.